

NUMBER 13-13-00352-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TEXAS DESCON, L.P.,** | **Appellant,** |

v.

| | |
|---|---|
| **SOUTH TEXAS INDEPENDENT**<br>**SCHOOL DISTRICT,** | **Appellee.** |

**On appeal from the 389th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Texas Descon, L.P., perfected an appeal from an order entered by the

389th District Court of Hidalgo County, Texas, in cause number C-0352-13-H. Appellee

has filed an unopposed motion to dismiss the appeal on grounds that the issues on

appeal are no longer in controversy because appellee has nonsuited all of its counterclaims and the appeal is now moot.

The Court, having considered the documents on file and appellee's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellee's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
10th day of October, 2013.